No. D–1545. IN RE DISBARMENT OF POTTS. It is ordered that Dominic Joseph Potts, of Steubenville, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1546. IN RE DISBARMENT OF SMITH. It is ordered that Allen Nathaniel Smith, Jr., of Indianapolis, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1547. IN RE DISBARMENT OF SEALY. It is ordered that Patrick C. Sealy, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1548. IN RE DISBARMENT OF DICKINSON. It is ordered that Gregory David Dickinson, of Burbank, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94–1244. BEHRENS v. PELLETIER. C. A. 9th Cir. [Certiorari granted, ante, p. 1035.] Motion of the Solicitor General for an extension of time within which to file a brief for the United States as amicus curiae granted as follows: Petitioner's brief is due on or before July 24, 1995; Respondent's brief is due 30 days after receipt of petitioner's brief.

No. 94–8801. IN RE WHITFIELD; and
No. 94–8834. IN RE WHITE. Petitions for writs of habeas corpus denied.

No. 94–8211. IN RE HETHERINGTON;
No. 94–8294. IN RE SNAVELY;
No. 94–8324. IN RE VERDONE;
No. 94–8464. IN RE LITZENBERG;
No. 94–8555. IN RE MALLETT; and
No. 94–8624. IN RE COOPER ET AL. Petitions for writs of mandamus denied.